# EXHIBIT 1

The Arbitration Tribunals of the
## AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| *In the Matter of the Arbitration between* | Case No. 01-18-0001-0392 |
| **Maine Community Health Options,** *Claimant,* | |
| v. | **SUBPOENA DUCES TECUM** |
| **Navitus Health Solutions,** *Respondent.* | |

FROM THE PEOPLE OF THE STATE OF WISCONSIN

To:   **Walgreen Co.**
       200 Wilmot Road
       Deerfield, IL 60015

       c/o Illinois Corporation Service Company
       801 Adlai Stevenson Drive
       Springfield, IL 62703

To Whom It May Concern:

   WE COMMAND YOU that, all business and excuses being laid aside, you appear and attend before The Hon. Myra Selby, The Hon. Dennis Cavanaugh, and The Hon. Jeffrey Keyes, arbitrators acting under the arbitration law of this state, at a place to be determined in Madison, WI[1] on the 14th day after service of this subpoena, at 9:00 AM Eastern time to testify and give evidence in a certain arbitration, then and there to be held between the above entitled parties, and that you bring with you and produce certain documents now in your custody. Specifically, these certain documents include:

1. All versions of all directories and/or lists reflecting discount prices offered to Prescription Savings Club enrollees in Maine or New Hampshire from Jan. 1, 2014 until June 30, 2016.

2. Records of all transactions involving a cash-paying or uninsured customer at any Walgreens pharmacy located in Maine or New Hampshire from Jan. 1, 2014 until June 30, 2016.

3. PDX and/or Accounts Receivable Data relating to all transactions involving a cash-paying or uninsured customer at any Walgreens pharmacy located in Maine or New Hampshire from Jan. 1, 2014 until June 30, 2016.

Dated: August 13, 2018             Signed: _Myra C. Selby_
                                   Signed: _Jeffrey J Keyes_
                                                    Arbitrators

*Requested by:*

_____

[1] The parties have not yet agreed to a specific location within Madison, WI.